[No. 1892–3. Division Three. March 16, 1978.]

WILLIAM J. CARTER, *Appellant*, v. WILLARD D. RUSK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 217502, Del Cary Smith, Jr., J., entered January 27, 1976. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.

[No. 2294–3. Division Three. March 16, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES HUGH TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 4886, Lawrence Leahy, J., entered June 7, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.

[No. 2641–2. Division Two. March 16, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL REN NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. C–500, Robert J. Doran, J., entered November 4, 1976. *Reversed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Soule, J.